IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DEBRA MERRELL**,

        Plaintiff,                        Civ. No. 6:23-cv-01768-MC

        v.                                  JUDGMENT

**HYUNDAI MOTOR-AMERICA CORPORATION,**

        Defendant.

_____

MCSHANE, Judge:

    Based on the record, this action is DISMISSED for failure to prosecute.

IT IS SO ORDERED.

    DATED this 12th day of March, 2024.

                                            /s/Michael McShane  
                                             Michael McShane  
                                         United States District Judge

1 – JUDGMENT